# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY DEANDRE HANSOME

NO. 2023 KW 0686

AUGUST 4, 2023

---

In Re:    Gary Deandre Hansome, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4286-F-2022.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

WRIT GRANTED. The trial court's ruling limiting the priority list to only those cases handled by the public defender's office is reversed. The priority list should indicate the order in which the cases are to be called for trial, including both cases in which a defendant is represented by appointed counsel, and cases in which a defendant is represented by private counsel. "Since adequate notice is a fundamental element of due process . . . the criminal docket for a particular day must indicate the order in which cases are to be called for trial." **State v. Simpson,** 551 So.2d 1303, 1305 (La. 1989); see also **State v. Tanner,** 2021-00698 (La. 5/23/21), 316 So.3d 826. Accordingly, this matter is remanded to the trial court for further proceedings consistent with this ruling.

PMc
SMM

**Hester, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT